UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE UNIVERSITY OF VERMONT MEDICAL CENTER INC., <br> Plaintiff, <br><br> v. <br><br> GENERAL REINSURANCE CORP., <br> Defendant. | Case No. 5:15-cv-247 |

### STIPULATION AND ORDER OF DISMISSAL

The parties hereby STIPULATE and AGREE that this action shall be DISMISSED WITH PREJUDICE as to all claims, counterclaims, third party claims, and cross claims, which are, were, or could have been asserted herein, each party to bear its own costs, expenses and attorney fees.

**The University of Vermont Medical Center Inc.**

Dated: 4/21/16

By: /s/ Stephen D. Ellis
Stephen D. Ellis, Esq.
Jennifer M. McCave, Esq.
*Ellis Boxer & Blake PLLC*

**General Reinsurance Corp.**

Dated: 4/21/16

By:/s/ Robin O. Cooley
Robin O. Cooley, Esq.
*Pierson Wadhams Quinn Yates & Coffrin, LLP*

By: /s/ Stephen Treuer
Stephen Treuer, Esq.
Barbanel & Treuer, P.C.

**APPROVED AND SO ORDERED** this 22nd day of April, 2016.

_____
Geoffrey W. Crawford, Judge
United States District Court